United States District Court
Judge Oliver Wanger
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

United States District Court of the Eastern District of California

| United States of America | 10-CR-00335-OWW |
| --- | --- |
| v. | ~~Proposed~~ Order to Modify Conditions of Release |
| Ronald E. Lunsford | |

Upon consideration of Ronald Lunsford's motion to modify conditions of release, the motion is GRANTED, and the Order Setting Conditions of Release—Docket No. 11—is amended to include the following additional term:

> item 7 shall also include the condition that defendant Ronald Lunsford participate in the Crisis Intervention Services program administered by the local probation and pre-trial services office of the District of Colorado, the purpose of the participation to include determination of Mr. Lunsford's level of suicidal ideation and anxiety, and administration of appropriate out-patient therapeutic interventions.

IT IS SO ORDERED.

Dated: September 21, 2010          /s/ OLIVER W. WANGER

                                   United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com